**Order entered July 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00965-CV**

**GALOVELHO, LLC, Appellant**

**V.**

**GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF TEXAS, COLLIN COUNTY, TEXAS, AND CITY OF FRISCO, TEXAS, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02595-2020**

**ORDER**

Before the Court is appellant's July 13, 2022 unopposed motion for leave to file separate briefs in reply to appellees' response briefs and for an extension of time. We **GRANT** the motion and **ORDER** the separate briefs be filed no later than August 4, 2022.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE